■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIM JONES, Appellant. [874 NYS2d 836]—Appeal from a judgment of the Monroe County Court (Elma A. Bellini, J.), rendered June 28, 2006. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.